# Judge Hellerstein

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**





ANDERSON KILL & OLICK, P.C.,

    Plaintiff,

v.

BRAY & GILLESPIE, INC.; BRAY &
GILLESPIE MANAGEMENT, LLC; CHARLES
A. BRAY, and JOSEPH GILLESPIE,

    Defendants.

## DEFENDANT BRAY & GILLESPIE, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Bray & Gillespie, Inc. hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
      May 16, 2008

OF COUNSEL:

M. Duncan Grant
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendants Bray & Gillespie,
Inc.; Bray & Gillespie Management, LLC;
Charles A. Bray; and Joseph Gillespie

#9596331 v1

## CERTIFICATE OF SERVICE

I, Suzanne M. D'Amico, hereby certify that on May 16, 2008, I caused a true and correct copy of the foregoing Defendant Bray & Gillespie, Inc.'s Rule 7.1 Corporate Disclosure Statement to be mailed via First Class Mail on the following counsel:

Jeffrey E. Glen, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Attorney for Plaintiff Anderson Kill & Olick, P.C.

Suzanne M. D'Amico (SD 3581)

#9596331 v1