# Judge Hellerstein

**'08 CIV 4565**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON KILL & OLICK, P.C.,

        Plaintiff,

v.

BRAY & GILLESPIE, INC.; BRAY &
GILLESPIE MANAGEMENT, LLC; CHARLES
A. BRAY, and JOSEPH GILLESPIE,

        Defendants.



---

### DEFENDANT BRAY & GILLESPIE MANAGEMENT, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Bray & Gillespie Management, LLC hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
       May 16, 2008

OF COUNSEL:

M. Duncan Grant
Andrea Toy Ohta
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray; and Joseph Gillespie

#9596331 v1

-2-

## CERTIFICATE OF SERVICE

I, Suzanne M. D'Amico, hereby certify that on May 16, 2008, I caused a true and correct copy of the foregoing Defendant Bray & Gillespie Management, LLC's Rule 7.1 Corporate Disclosure Statement to be mailed via First Class Mail on the following counsel:

Jeffrey E. Glen, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Attorney for Plaintiff Anderson Kill & Olick, P.C.

Suzanne M. D'Amico (SD 3581)

#9596331 v1