UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANDERSON KILL & OLICK, P.C.,

        Plaintiff,

        v.

BRAY & GILLESPIE, INC.; BRAY &
GILLESPIE MANAGEMENT, LLC; CHARLES
A. BRAY and JOSEPH GILLESPIE,

        Defendants.

-----------------------------------------------------------X

08-CV-4565 (AKH)

NOTICE OF MOTION FOR
ADMISSION OF ANDREA TOY
OHTA *PRO HAC VICE*

        PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Suzanne M.

D'Amico, sworn to May 27, 2008, and the exhibits annexed thereto, defendants Bray &

Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie will

move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500

Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Rules of

the United States District Courts for the Southern and Eastern Districts of New York, allowing

the admission of Andrea Toy , a member of the law firm of Pepper Hamilton LLP and a member

in good standing of the Bars of the Commonwealth of Pennsylvania and of the State of

California, as attorney to the bar of this Court *pro hac vice* to argue and try this case, in whole or

in part, as counsel.  There are no pending disciplinary proceedings against Andrea Toy Ohta in

any state or federal court.

Dated: New York, New York
      May 27, 2008

Respectfully submitted,

Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
Attorneys for Defendant

PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018-1405
(212) 808-2700

TO: Jeffrey E. Glen, Esquire
Attorney for Plaintiff
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANDERSON KILL & OLICK, P.C.,

        Plaintiff,

        v.

BRAY & GILLESPIE, INC.; BRAY &
GILLESPIE MANAGEMENT, LLC; CHARLES
A. BRAY and JOSEPH GILLESPIE,

        Defendants.

------------------------------------------------------------X

08-CV-4565 (AKH)

<u>MOTION FOR ADMISSION OF
ANDREA TOY OHTA *PRO HAC
VICE*</u>

        Pursuant to Local Civil Rule 1.3(c), I, Suzanne M. D'Amico, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Andrea Toy Ohta
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103
        (215) 981-4000
        toyohtaa@pepperlaw.com

        Andrea Toy Ohta is a member in good standing of the Bars of the Commonwealth of Pennsylvania and of the State of California. She is currently inactive in the State of California. There are no pending disciplinary proceedings against her in any State or Federal Court.

Dated: New York, New York
May 27, 2008

        Respectfully submitted,

        Kenneth J. King (KK 3567)
        Suzanne M. D'Amico (SD 3581)
        Attorneys for Defendants

PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018-1405
(212) 808-2700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANDERSON KILL & OLICK, P.C.,

                Plaintiff,

         v.                                                          08-CV-4565 (AKH)

BRAY & GILLESPIE, INC.; BRAY & GILLESPIE                     AFFIDAVIT
MANAGEMENT, LLC; CHARLES A. BRAY and
JOSEPH GILLESPIE,

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                         ) SS:
COUNTY OF NEW YORK  )

        Suzanne M. DAmico, Esquire, being duly sworn, hereby deposes and says:

        1.      I am an attorney admitted to practice in the State of New York and before

this Court.  I am an associate with the law firm of Pepper Hamilton LLP, counsel for defendants

in the above-captioned matter.

        2.      I submit this Affidavit in support of the motion for the admission of

Andrea Toy Ohta to practice *pro hac vice* in the above-captioned matter.

        3.      Andrea Toy Ohta is an associate with our law firm, Pepper Hamilton LLP,

at 3000 Two Logan Square Eighteenth and Arch Streets, Philadelphia, Pennsylvania 19130.  As

show in the Certificates of Good Standing annexed to this Affidavit as Exhibit A, Andrea Toy

Ohta is a member in good standing of the Bars of the Commonwealth of Pennsylvania, admitted

April 21, 2003, and of the State of California, admitted December 2, 2001.  She is currently

inactive in the State of California.

4.      There are no pending disciplinary proceedings against Ms. Ohta in any State or Federal Court.

5.      It is respectfully requested that the Court grant the motion for an Order permitting Andrea Toy Ohta to appear in this action as counsel for defendants for all purposes *pro hac vice*.

SUZANNE M. D'AMICO (SD 3581)

Sworn to before me this
27th day of May, 2008.

Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Andrea Toy Ohta, Esq.*

### DATE OF ADMISSION

### *April 21, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 7, 2008**

John W. Person, Jr., Esq.
Deputy Prothonotary



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

May 14, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREA LYNN TOY, #217428 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2001; that from the date of admission to October 3, 2002, she was an ACTIVE member of the State Bar of California; that on October 3, 2002, she transferred at her request to the INACTIVE status as of September 1, 2002; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

NOTE:  *Only ACTIVE members of the State Bar of California are entitled to practice law in California.  (See Sections 6006 and 6125, et seq., Business and  Professions Code.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ANDERSON KILL & OLICK, P.C.,

                    Plaintiff,

              v.                                      08-CV-4565 (AKH)

BRAY & GILLESPIE, INC.; BRAY & GILLESPIE          ORDER
MANAGEMENT, LLC; CHARLES A. BRAY and
JOSEPH GILLESPIE,

                    Defendants.

---------------------------------------------------------X


        IT IS HEREBY ORDERED, this        day of        , 2008, upon the

motion of defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC;

Charles A. Bray and Joseph Gillespie for an Order pursuant to Local Civil Rule 1.3(c)

granting *pro hac vice* admission to Andrea Toy Ohta in connection with the above-

captioned case, and upon consideration of the motion and the affidavit in support thereof,

it is ORDERED that

              Andrea Toy Ohta
              PEPPER HAMILTON LLP
              3000 Two Logan Square
              Eighteenth and Arch Streets
              Philadelphia, PA 19103
              (215) 981-4000
              toyohtaa@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating

in, arguing and trying this action on behalf of defendants Bray & Gillespie, Inc.; Bray &

Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie.

        If counsel does not already have an ECF password, she shall promptly

apply for one at nysd.uscourts.gov.

Dated: May ___, 2008

_____

The Honorable Alvin K. Hellerstein

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, the foregoing Notice of Motion for

Admission of Andrea Toy Ohta *Pro Hac Vice*, Motion, supporting Affidavit, and

proposed Order were mailed via first-class mail to the following counsel:

        Jeffrey E. Glen, Esquire
        Anderson Kill & Olick, P.C.
        1251 Avenue of the Americas
        New York, NY 10020

Attorney for Plaintiff Anderson Kill & Olick, P.C.

Suzanne M. D'Amico (SD 3581)