## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, the foregoing Defendants' Notice of Motion of Defendants' Motion to Dismiss Claims Pursuant to Rules 9(b) and 12(b)(6) and accompanying Memorandum of Law in Support were filed via CM / ECF, which will send notice of such filing to the following counsel:

>Jeffrey E. Glen, Esquire
>Anderson Kill & Olick, P.C.
>1251 Avenue of the Americas
>New York, NY 10020
>
>
>*Attorney for Plaintiff Anderson Kill & Olick, P.C.*



>*s/ Suzanne M. D'Amico*
>Suzanne M. D'Amico (SD 3581)