**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., | ) |
| Plaintiff, | ) |
| v. | ) 1:08-cv-4565 (AKH) (RLE) |
| BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE, | ) **Electronically Filed** |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 5th day of June 2008, counsel for

defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray and

Joseph Gillespie will move this Court before the Honorable Alvin K. Hellerstein, at the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, on June

27, 2008 at 9:30 a.m. or at another time and date to be designated by this Court for an Order

granting Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue,

or in the alternative, Motion to Transfer Venue to the Middle District of Florida.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion,

Defendants shall rely upon this Notice of Motion; Memorandum of Law in Support of

Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the

alternative, Motion to Transfer Venue to the Middle District of Florida; the Affidavit of Suzanne

M. D'Amico and the attached exhibits, and the pleadings filed in this action.

Dated: June 5, 2008                    Respectfully submitted,
       New York, New York

                                       s/ Suzanne M. D'Amico
                                       Kenneth J. King (KK 3567)
                                       Suzanne M. D'Amico (SD 3581)
                                       PEPPER HAMILTON LLP
                                       The New York Times Building
                                       620 Eighth Avenue, 37th Floor
                                       New York, NY 10018-1405
                                       (212) 808-2700

                                       and

                                       OF COUNSEL:

                                       M. Duncan Grant
                                       Andrea Toy Ohta
                                       Alison Altman Gross
                                       PEPPER HAMILTON LLP
                                       3000 Two Logan Square
                                       Eighteenth and Arch Streets
                                       Philadelphia, PA 19103-2799
                                       (215) 981-4000

                                       *Attorneys for Defendants Bray &
                                       Gillespie, Inc.; Bray & Gillespie
                                       Management, LLC; Charles A.
                                       Bray; and Joseph Gillespie*

#9643128 v7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., | ) |
| Plaintiff, | ) |
| v. | ) 1:08-cv-4565 (AKH) (RLE) |
| BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE, | ) **Electronically Filed** |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF FLORIDA

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) and 28 U.S.C. §§ 1404 and 1406, defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray, and Joseph Gillespie, by their undersigned counsel, respectfully move this Court to dismiss this action for lack of personal jurisdiction and improper venue, or in the alternative, transfer venue to the United States District Court, Middle District of Florida, Orlando Division for the reasons set forth in the accompanying memorandum of law.

Dated: June 5, 2008
       New York, New York

Respectfully submitted,

s/ Suzanne M. D'Amico
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018-1405
(212) 808-2700

#9643128 v7

and

OF COUNSEL:

M. Duncan Grant
Andrea Toy Ohta
Alison Altman Gross
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Attorneys for Defendants Bray &
Gillespie, Inc.; Bray & Gillespie
Management, LLC; Charles A.
Bray; and Joseph Gillespie*

#9643128 v7