## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, the foregoing Defendants' Notice of Motion, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the alternative, Motion to Transfer Venue to the Middle District of Florida, accompanying Memorandum of Law in Support, and the Affidavit of Suzanne M. D'Amico and attached exhibits were mailed via Federal Express Priority Overnight to the following counsel:

> Jeffrey E. Glen, Esquire
> Anderson Kill & Olick, P.C.
> 1251 Avenue of the Americas
> New York, NY 10020
>
> *Attorney for Plaintiff Anderson Kill & Olick, P.C.*

> s/ Suzanne M. D'Amico
> Suzanne M. D'Amico (SD 3581)

#9643128 v7