AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

**APPEARANCE**

Anderson Kill & Olick, P.C. v. Bray & Gillespie, Inc., et al.     Case Number: 1:08-cv-04565-AKH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anderson Kill & Olick, P.C.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/10/2008 | _[signature]_ |
| Date | Signature |
| | Jeffrey E. Glen |
| | Print Name / Bar Number |
| | 1251 Avenue of the Americas |
| | Address |
| | New York / N.Y. / 10020 |
| | City / State / Zip Code |
| | (212) 278-1000 / (212) 278-1733 |
| | Phone Number / Fax Number |