UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANDERSON KILL & OLICK, P.C.,

        Plaintiff,

    v.                                                   08-CV-4565 (AKH)

BRAY & GILLESPIE, INC.; BRAY & GILLESPIE      ORDER
MANAGEMENT, LLC; CHARLES A. BRAY and
JOSEPH GILLESPIE,

        Defendants.

-----------------------------------------------------------X

IT IS HEREBY ORDERED, this ___ day of _____, 2008, upon the motion of defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie for an Order pursuant to Local Civil Rule 1.3(c) granting *pro hac vice* admission to Andrea Toy Ohta in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

> Andrea Toy Ohta
> PEPPER HAMILTON LLP
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000
> toyohtaa@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action on behalf of defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie.

        If counsel does not already have an ECF password, she shall promptly apply for one at nysd.uscourts.gov.

-2-

Dated: May 2, 2008

_____
The Honorable Alvin K. Hellerstein