UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANDERSON KILL & OLICK, P.C.,

        Plaintiff,

        v.

BRAY & GILLESPIE, INC.; BRAY & GILLESPIE
MANAGEMENT, LLC; CHARLES A. BRAY and
JOSEPH GILLESPIE,

        Defendants.

------------------------------------------------------------X

08-CV-4565 (AKH)

ORDER

IT IS HEREBY ORDERED, this / day of June, 2008, upon the

motion of defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC;

Charles A. Bray and Joseph Gillespie for an Order pursuant to Local Civil Rule 1.3(c)

granting *pro hac vice* admission to Alison Altman Gross in connection with the above-

captioned case, and upon consideration of the motion and the affidavit in support thereof,

it is ORDERED that

        Alison Altman Gross
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103
        (215) 981-4000
        grossaa@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating

in, arguing and trying this action on behalf of defendants Bray & Gillespie, Inc.; Bray &

Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie.

        If counsel does not already have an ECF password, she shall promptly

apply for one at nysd.uscourts.gov.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

Dated: ~~May~~ ___, 2008    6/16/08

_____
The Honorable Alvin K. Hellerstein

#9592278 v1