

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDERSON KILL & OLICK, P.C.,

           Plaintiff,

- against -

BRAY & GILLESPIE, INC.; BRAY &
GILLESPIE MANAGEMENT, LLC;
CHARLES A. BRAY and JOSEPH
GILLESPIE,

           Defendants.

1:08-CV-4565 (AKH)(RLE)

STIPULATION AND ORDER

       WHEREAS on June 5, 2008, defendants served and filed a motion to dismiss this action pursuant to Rules 9(b) and 12(b)(6) and a separate motion to dismiss this action for lack of personal jurisdiction and improper venue or, in the alternative, to transfer venue to the Middle District of Florida (collectively "Defendants' Motions to Dismiss"), and

       WHEREAS plaintiff has informed defendants that it intends to cross-move for partial summary judgment, and

       WHEREAS the parties previously agreed that plaintiff's papers in response to Defendants' Motions to Dismiss would be served and filed on June 23, 2008 and that defendants' reply papers would be due in accordance with the Federal Rules of Civil Procedure and the local rules of this Court ;

       The parties through their respective counsel stipulate as follows:

1.  Plaintiff will serve and file its papers in response to Defendants' Motions to Dismiss on or before June 30, 2008.

2.  Defendants will serve and file their reply papers relating to Defendants' Motions to Dismiss on or before July 23, 2008.

3.  Plaintiff has informed defendants that plaintiff intends to serve and file, on or before June 30, 2008, a cross-motion for partial summary judgment. In the event that plaintiff so cross-moves, counsel for the parties will consult and attempt to agree on a briefing schedule and, if defendants wish to engage in discovery, on the propriety, scope, and timing of discovery. If the parties agree, then they anticipate entering into a stipulation that may modify the dates contained herein. If the parties are unable to agree, they anticipate making a joint application to the Court for a conference to resolve the outstanding issues.

*[Handwritten note by judge: All motions and cross-motions should be so arranged as to require simultaneous briefing, with only three sets of papers for both sides.]*

*[Initialed: AKH]*

Dated: New York, New York
June 26, 2008

ANDERSON KILL & OLICK, P.C.

By: _____
Jeffrey E. Glen
1251 Avenue of the Americas
42nd Floor
New York, New York, 10020
(212) 278-1000

*Attorneys for Plaintiff Anderson Kill & Olick, P.C.*

PEPPER HAMILTON LLP

By: _____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405
(212) 808-2700

and

OF COUNSEL:

M. Duncan Grant (admitted *pro hac vice*)
Andrea Toy Ohta (admitted *pro hac vice*)
Alison Altman Gross (admitted *pro hac vice*)

PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(212) 981-4000

*Attorneys for Defendants Bray & Gillespie, Inc.; Bray &Gillespie Management, LLC; Charles A. Bray; and Joseph Gillespie*

SO ORDERED: [signature] USDJ   as revised.

6-30-08