UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON KILL & OLICK, P.C.,

                              Plaintiff,

- against -

BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE

                              Defendants.

Index No. 1:08-cv-4565 (AKH) (RLE)

**<u>7.1 STATEMENT</u>**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that <u>Anderson Kill & Olick, P.C.</u> has <u>no</u> corporate parents or affiliates. It has two wholly owned subsidiaries: <u>Anderson Kill Loss Advisors</u> and <u>Anderson Kill Insurance Services</u>.

July 1, 2008

Attorneys for the Plaintiff:
Anderson Kill & Olick, P.C.

Respectfully Submitted,
ANDERSON KILL & OLICK, P.C.

By:   /s/ JEFFREY E. GLEN
       Jeffrey E. Glen (JG8277)
       1251 Avenue of the Americas
       New York, NY 10020
       Telephone: 212-278-1000