Jeffrey E. Glen
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York  10020
Tel:  212-278-1000

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., <br><br>                    Plaintiff, <br><br>       - against - <br><br> BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE <br><br>                    Defendants. | Index No. 1:08-cv-4565 (AKH) (RLE) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, Anderson Kill & Olick, P.C., ("AKO") hereby moves for an order granting AKO permission to file one exhibit under seal.  This motion is returnable before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York New York at a date and time to be determined by the Court.

There has been no prior request for the relief requested in this motion.

Dated: July 1, 2008

ANDERSON KILL & OLICK, P.C.

By:   /S/ JEFFREY E. GLEN
       Jeffrey E. Glen, Esq. (JG - 8277)

       1251 Avenue of the Americas
       New York, New York  10020
       Tel:  (212) 278-1000

Attorneys for Plaintiff

NYDOCS1-894640.1