UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., <br><br> Plaintiff, <br><br> v. <br><br> BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) 1:08-cv-4565 (AKH) (RLE) <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) <br> ) **ELECTRONICALLY FILED** <br> ) <br> ) <br> ) |

**PLEASE TAKE NOTICE** that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for defendant Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray and Joseph Gillespie as of this date and requests that all papers in this action be served upon the undersigned at the address listed below.

Dated: New York, New York
July 2, 2008

                                PEPPER HAMILTON LLP

By: _____
Alison Altman Gross
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
grossaa@pepperlaw.com
(215) 981-4000

Attorney for Defendants
Bray & Gillespie, Inc.; Bray & Gillespie
Management, LLC; Charles A. Bray and
Joseph Gillespie