UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., <br><br> Plaintiff, <br><br> v. <br><br> BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE, <br><br> Defendants. | 1:08-cv-4565 (AKH) (RLE) <br><br> **Electronically Filed** |

## DEFENDANTS' JOINDER IN PLAINTIFF'S MOTION TO FILE INVOICES UNDER SEAL

Defendants Bray & Gillespie, Inc., Bray & Gillespie Management, LLC; Charles A. Bray, and Joseph Gillespie join in the Motion to File Invoices Under Seal that plaintiff Anderson Kill & Olick, P.C. filed on July 1, 2008 (docket entries 25-26). Specifically, defendants agree with plaintiff that due to the potentially privileged information that they contain, the invoices that are the subject of this proceeding should be filed under seal.

-2-

| | |
|---|---|
| Dated: July 23, 2008<br>      New York, New York | Respectfully submitted, |
| OF COUNSEL:<br><br>M. Duncan Grant<br>Andrea Toy Ohta<br>Alison Altman Gross<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>(215) 981-4000 | /s/ *Suzanne M. D'Amico*<br>Kenneth J. King (KK 3567)<br>Suzanne M. D'Amico (SD 3581)<br>PEPPER HAMILTON LLP<br>The New York Times Building<br>620 Eighth Avenue, 37th Floor<br>New York, NY 10018-1405<br>(212) 808-2700<br><br>*Attorneys for Defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray; and Joseph Gillespie* |