**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., | ) |
| Plaintiff, | ) |
| v. | ) 1:08-cv-4565 (AKH) (RLE) |
| BRAY & GILLESPIE, INC.; BRAY & GILLESPIE MANAGEMENT, LLC; CHARLES A. BRAY and JOSEPH GILLESPIE, | ) **Electronically Filed** |
| Defendants. | ) |

## DEFENDANTS' JOINDER IN
## PLAINTIFF'S MOTION TO FILE INVOICES UNDER SEAL

Defendants Bray & Gillespie, Inc., Bray & Gillespie Management, LLC; Charles A. Bray, and Joseph Gillespie join in the Motion to File Invoices Under Seal that plaintiff Anderson Kill & Olick, P.C. filed on July 1, 2008 (docket entries 25-26).  Specifically, defendants agree with plaintiff that due to the potentially privileged information that they contain, the invoices that are the subject of this proceeding should be filed under seal.

Dated: July 23, 2008                Respectfully submitted,
     New York, New York

OF COUNSEL:                  */s/ Suzanne M. D'Amico*
                               Kenneth J. King (KK 3567)
M. Duncan Grant            Suzanne M. D'Amico (SD 3581)
Andrea Toy Ohta            PEPPER HAMILTON LLP
Alison Altman Gross        The New York Times Building
PEPPER HAMILTON LLP     620 Eighth Avenue, 37th Floor
3000 Two Logan Square     New York, NY  10018-1405
Eighteenth and Arch Streets  (212) 808-2700
Philadelphia, PA  19103-2799
(215) 981-4000

                               *Attorneys for Defendants Bray &*
                               *Gillespie, Inc.; Bray & Gillespie*
                               *Management, LLC; Charles A.*
                               *Bray; and Joseph Gillespie*