<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2008, the foregoing Joinder in Plaintiff's Motion to File Invoices Under Seal was filed via CM / ECF, which will send notice of such filing to the following counsel:

> Jeffrey E. Glen, Esq.
> Anderson Kill & Olick, P.C.
> 1251 Avenue of the Americas
> New York, NY 10020

*s/ Suzanne M. D'Amico*
Suzanne M. D'Amico (SD 3581)