UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., <br><br>  Plaintiff, <br><br> v. <br><br> BRAY & GILLESPIE, INC., BRAY & GILLESPIE MANAGEMENT, LLC, CHARLES A. BRAY, and JOSEPH GILLESPIE, <br><br>  Defendants. | 1:08-cv-4565 (AKH) (RLE) <br><br> **Electronically Filed** |

### PEPPER HAMILTON LLP'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

**PLEASE TAKE NOTICE** that Pepper Hamilton LLP, counsel of record for defendants Bray & Gillespie, Inc., Bray & Gillespie Management, LLC, Charles A. Bray, and Joseph Gillespie, will move this Court before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, at 9:30 a.m. on September 10, 2008 or at such other time and date as may be designated by the Court, for an Order granting its Motion to Withdraw as Counsel of Record for Defendants.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Pepper Hamilton LLP shall rely upon this Notice of Motion, the accompanying Memorandum of Law in Support of Pepper Hamilton LLP's Motion to Withdraw as Counsel of Record for Defendants, and the annexed Declaration of M. Duncan Grant.

-2-

Dated: August 19, 2008
New York, New York

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | |
| M. Duncan Grant (*admitted pro hac vice*) | /s/ Kenneth J. King |
| Andrea Toy Ohta (*admitted pro hac vice*) | Kenneth J. King (KK 3567) |
| Alison Altman Gross (*admitted pro hac vice*) | Suzanne M. D'Amico (SD 3581) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | The New York Times Building |
| Eighteenth and Arch Streets | 620 Eighth Avenue, 37th Floor |
| Philadelphia, PA 19103-2799 | New York, NY 10018-1405 |
| (215) 981-4000 | (212) 808-2700 |

*Attorneys for Defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray; and Joseph Gillespie*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:08-cv-4565 (AKH) (RLE) |
| ) | |
| BRAY & GILLESPIE, INC., BRAY & GILLESPIE ) | **Electronically Filed** |
| MANAGEMENT, LLC, CHARLES A. BRAY, and ) | |
| JOSEPH GILLESPIE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PEPPER HAMILTON LLP'S MOTION
## TO WITHDRAW AS COUNSEL OF RECORD
## FOR DEFENDANTS

Pursuant to Local Civil Rule 1.4, New York Code of Professional Responsibility, Disciplinary Rule 2-110, Pennsylvania Rule of Professional Conduct 1.16, and Delaware Lawyers' Rule of Professional Conduct 1.16, Pepper Hamilton LLP, counsel of record for defendants Bray & Gillespie, Inc., Bray & Gillespie Management, LLC, Charles A. Bray, and Joseph Gillespie, respectfully moves for an order granting it leave to withdraw as counsel of

[remainder of page intentionally left blank]

-2-

record for Defendants, for the reasons set forth in the accompanying Memorandum of Law and Declaration of M. Duncan Grant.

Dated: August 19, 2008
      New York, New York

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | |
| M. Duncan Grant (*admitted pro hac vice*) | /s/ *Kenneth J. King* |
| Andrea Toy Ohta (*admitted pro hac vice*) | Kenneth J. King (KK 3567) |
| Alison Altman Gross (*admitted pro hac vice*) | Suzanne M. D'Amico (SD 3581) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | The New York Times Building |
| Eighteenth and Arch Streets | 620 Eighth Avenue, 37th Floor |
| Philadelphia, PA 19103-2799 | New York, NY 10018-1405 |
| (215) 981-4000 | (212) 808-2700 |
| | |
| | *Attorneys for Defendants Bray & Gillespie, Inc.; Bray & Gillespie Management, LLC; Charles A. Bray; and Joseph Gillespie* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2008, the foregoing Notice of Motion, Motion to Withdraw as Counsel of Record for Defendants, accompanying Memorandum of Law, and Declaration of M. Duncan Grant were electronically filed with the United States District Court, Southern District of New York and thus served via the electronic case filing ("ECF") system on the following ECF filing user:

Jeffrey E. Glen, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Attorney for Plaintiff Anderson Kill & Olick, P.C.*

Copies were also served on the following persons in the manner stated for each:

Bray & Gillespie, Inc.
Bray & Gillespie Management, LLC
Charles A. Bray
Joseph Gillespie
600 North Atlantic Avenue
Daytona Beach, FL  32118
    (all via Federal Express)

W. Bruce Del Valle, Esq.
Deputy General Counsel
Ocean Waters Management
501 North Atlantic Avenue
Daytona Beach, FL  31118
    (via Federal Express and email)

Stephen Nalley
Senior Vice President of Operations
Ocean Waters Management
501 North Atlantic Avenue
Daytona Beach, FL  31118
    (via Federal Express and email)

*/s/ Suzanne M. D'Amico*
Suzanne M. D'Amico (SD 3581)